**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No. 17-03016-01-CR-S-RK** |
| ) | |
| **Plaintiff,** ) | Springfield, Missouri |
| ) | August 30, 2017 |
| **v.** ) | |
| ) | |
| **ANTHONY DUNLAP,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**TRANSCRIPT OF HEARING ON MOTION TO DETERMINE COMPETENCY
BEFORE THE HONORABLE DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Mr. James J. Kelleher |
| | Assistant United States Attorney |
| | 901 St. Louis St., Ste. 500 |
| | Springfield, MO  65806 |
| | (417) 831-4406 |
| | |
| For the Defendant: | Ms. Erica Mynarich |
| | Federal Public Defender's Office |
| | 901 St. Louis St., Ste. 1600 |
| | Springfield, MO  65806 |
| | (417) 83106363 |
| | |
| Court Audio Operator: | Ms. Karla Berziel |
| | |
| Transcribed by: | Rapid Transcript |
| | Lissa C. Whittaker |
| | 1001 West 65th Street |
| | Kansas City, MO  64113 |
| | (816) 914-3613 |

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

1                     (Court in Session at 1:38 p.m.)

2         THE COURT: Calling in the *United States vs. Anthony*

3 *Dunlap*. The defendant is present in the courtroom along with his

4 attorney, Ms. Erica Mynarich. The United States is represented

5 by Assistant United States Attorney, Mr. Jim Kelleher. Counsel

6 for the defendant previously filed a motion pursuant to 18 U.S.C.

7 Section 4241 requesting that the defendant undergo an examination

8 to determine defendant's competency to stand trial. Defendant's

9 motion was granted by the Court and the Court ordered a

10 psychological examination be performed. The mental health

11 evaluation has been completed and a report has been submitted to

12 the Court. The Court will take judicial notice of the report

13 which is part of the record. Ms. Mynarich, does the defendant

14 have any other evidence that you would like to submit to the

15 Court for consideration of this issue?

16         MS. MYNARICH: No, Your Honor.

17         THE COURT: Mr. Kelleher, on behalf of the United States

18 do you have any additional evidence that you would like to submit

19 to the Court for consideration of this issue?

20         MR. KELLEHER: No, Your Honor.

21         THE COURT: Well, I will take this matter as submitted

22 then on the record and will reach a decision promptly. If

23 there's nothing further, we'll be in recess. Thank you.

24                     (Court Adjourned at 1:39 p.m.)

25

3

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceeding in the above-entitled matter.


/s/ Lissa C. Whittaker		September 1, 2017
Signature of transcriber		Date